AO 245H (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>BROXTON, DOMINIC F<br>848 DELVIEW DR<br><br>FOLCROFT, PA 19032 | **Judgment in a Criminal Case**<br>**(For a Petty Offense)** — Short Form<br><br>Case No.    PE80    H5122994<br>USM No.    15M-1156<br>PRO SE<br>_____<br>Defendant's Attorney |

**THE DEFENDANT:** BROXTON, DOMINIC F

☐ **THE DEFENDANT** pleaded guilty to count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 41CFR102.74-390 | DISORDERLY CONDUCT | 10/22/2015 | 1 |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** $225.00 | $ 0.00 | $ 200.00 | $ 25.00 |

Last Four Digits of Defendant's Soc. Sec. No.: _____

Defendant's Year of Birth: ▓▓▓▓

City and State of Defendant's Residence:
FOLCROFT, PA

OCTOBER 22, 2015
Date of Imposition of Judgment

_____
Signature of Judge

JACOB P. HART, U. S. MAGISTRATE JUDGE
Name and Title of Judge

10/22/2015
Date

AO 245H (Rev. 12/07) Judgment in a Criminal Case Personal Identification Attachment

DEFENDANT: BROXTON, DOMINIC F

CASE NUMBER: PE80  H5122994

DISTRICT: EASTERN DISTRICT OF PENNSYLVANIA

## Judgment in a Criminal Case Personal Identification Attachment
### (Not for Public Disclosure)

The following unredacted personal identifiers are included with the judgment transmitted to the Attorney General per 18 U.S.C. § 3612(b). A copy of this attachment shall also be provided to the attorney for the defendant, the Probation and Pretrial Services Office, and the U.S. Sentencing Commission.

Pursuant to Rule 49.1 of the Federal Rules of Criminal Procedure, however, the personal data in this attachment are not for public disclosure and must not be filed with the Clerk of the Court unless redacted or under seal, as provided in the rule.

Defendant's Soc. Sec. No.: _____

Defendant's Date of Birth: [redacted]

Defendant's Residential Address: 848 DELVIEW DR

FOLCROFT, PA 19032

Defendant's Mailing Address:
*(if different)*