IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| : | Magistrate Action |
| Appellee : | |
| : | No. 15-1156 |
| v. : | |
| DOMINIC BROXTON : | |
| : | |
| Appellant : | |

## ORDER

**AND NOW**, this 26th day of January 2016, upon consideration of Appellant Dominic Broxton's Brief in support of his appeal (ECF Doc. No. 10), the United States' Response (ECF Doc. No. 11) and for the reasons in the accompanying Memorandum, it is **ORDERED** Magistrate Judge Hart's October 22, 2015 Judgment of Conviction (ECF Doc. No. 2) is **AFFIRMED**.

_____
KEARNEY, J.